IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM EATON**                                                                                           **PLAINTIFF**

v.                                   **CASE NO. 3:24-CV-00172-BSM**

**RED LINE INC.,** *et al.*                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 9th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE